Tangipahoa Parish Clerk of Court   20220002653
Filed Aug 30, 2022 9:43 AM         E
Iesha Hunter
Deputy Clerk of Court

**21st JUDICIAL DISTRICT COURT FOR THE PARISH OF TANGIPAHOA**

**STATE OF LOUISIANA**

NUMBER:                                                         DIVISION:

**SALVADOR SCIORTINO**

**VS.**

**SENTRY SELECT INSURANCE COMPANY
DEBOER TRANSPORTATION, INC. AND STEVE LUCIO**

FILED: _____        _____

                                                                                  **DEPUTY CLERK**

**PETITION FOR DAMAGES**

1.

Made petitioner herein is SALVADOR SCIORTINO (SCIORTINO), a person of the full age of majority and domiciled in the Parish of St. Tammany, State of Louisiana.

2.

Made defendant herein is SENTRY SELECT INSURANCE COMPANY (SENTRY), a foreign insurance company authorized to do business and doing business in the Parish of St. Tammany, State of Louisiana.

3.

Made defendant herein is DEBOER TRANSPORTATION, INC. (DEBOER), a foreign corporation authorized to do and doing business in the County of Wood, State of Wisconsin.

4.

Made defendant herein is STEVE LUCIO (LUCIO), a person of the full age of majority and domiciled in the County of Bexar, State of Texas.

EXHIBIT A

5.

Venue is proper in this jurisdiction because the incident giving rise to this litigation occurred in the Parish of Tangipahoa.

6.

The defendants, SENTRY, DEBOER and LUCIO, are liable unto your petitioner jointly, severally and in solido for the following reasons to-wit:

7.

On September 2, 2021, SCIORTINO was traveling westbound in the left lane on Interstate 10 in the Parish of Tangipahoa, State of Louisiana.

8.

LUCIO was traveling was also traveling westbound on Interstate 10 and was in the right lane.

9.

Suddenly and without warning, LUCIO crossed the center line and came into the left lane in which SCIORTINO was driving striking the SCIROTINO vehicle.

10.

SCIORTINO avers that the defendant, LUCIO, was under a legal duty to operate his vehicle in a safe and prudent manner, including, but not limited to, to avoid entering the lane in which the SCIORTINO vehicle was being driven. This legal duty was designed to protect the Petitioner and those similarly situated from this type of harm arising in this manner.

EXHIBIT A

11.

SCIORTINO further represents that the defendant, LUCIO, breached his legal duty which such breach was a legal cause and cause in fact of the injuries sustained by SCIORTINO and further, a sole and proximate cause of SCIORTINO's damages without any comparative negligence on the part of your Petitioner.

12.

LUCIO committed the following, non-exclusive acts of negligence to-wit:

A. Failing to maintain control of his vehicle and/or failing to properly legally operate his vehicle;

B. Operating his vehicle in a careless manner;

C. Failing to stop his vehicle as required by law;

D. Driving at an excessive speed under the circumstances which prevented the defendant from causing a collision;

E. Failing to maintain a safe and proper look-out;

F. Failing to see what he should have seen;

G. Failing to observe the vehicle traveling alongside him, SCIORTINO;

H. Failing to exercise vigilance;

I. Failing to yield;

J. Failing to obey the traffic laws of the Parish of Tangipahoa and/or the State of Louisiana;

K. Any and all other non-exclusive acts of negligence which are inherent in these pleadings; or which may appear through discovery in this case, or which may be proven at trial in derogation of the laws of the State of Louisiana and the United States.

EXHIBIT A

13.

At all material times hereto, the defendant, LUCIO, was in the course and scope of his employment with DEBOER. Plaintiff specifically pleads the theory of respondeat superior and vicarious liability which renders DEBOER'S responsible for the actions and inactions of LUCIO.

14.

At all material times hereto, on information and belief, the defendant, SENTRY, had in full force and effect a policy of liability insurance which was issued in favor of LUCIO and/or DEBOER'S as a direct and/or omnibus insured, which provides insurance coverage against the risk of loss arising from the operation of the vehicle LUCIO was driving and which was owned by DEBOER'S, which is the subject of this suit and which inures to the benefit of SCIORTINO an others similarly situated, arising from the events described herein and as such, SENTRY is made a direct defendant pursuant to the Louisiana Direct Action Statute.

15.

As a result of the foregoing, your Petitioner, SCIORTINO, has been caused to sustain the following damages, particularly, but non-exclusively described as follows:

| | | |
|---|---|---|
| A. | Past, present and future physical pain and suffering | Reasonable |
| B. | Past, present and future metal anguish and anxiety | Reasonable |
| C. | Past, present and future medical and rehabilitation Expenses | Reasonable |
| D. | Past, present and future loss wages | Reasonable |
| E. | Loss of earning capacity | Reasonable |
| F. | Loss of Enjoyment of life | Reasonable |

EXHIBIT A

| G. | Property Damage | Reasonable |
|---|---|---|
|  | Total | Reasonable |

16.

WHEREFORE, petitioner, SALVADOR SCIORTINO, prays that:

A. The defendants herein, SENTRY SELECT INSURANCE COMPANY, DEBOER TRANSPORTATION, INC. and STEVE LUCIO be duly cited and served with a copy of this Petition and be required to answer same in accordance with the law;

B. After due delays and proceedings had, there be judgment herein in favor of petitioner, SALVADOR SCIORTINO, and against defendants, SENTRY SELECT INSURANCE COMPANY, DEBOER TRANSPORTATION, INC. and STEVE LUCIO, jointly, severally and in solido for any and all damages necessary and appropriate in the premises along with judicial interest from the date of judicial demand and all costs of these proceedings; and

C. For all general and equitable relief.

Respectfully submitted:

_____
TIMOTHY R. RICHARDSON (#27625)
P.O. Box 310
Madisonville, Louisiana 70447
Telephone:   (985) 302-3022
Facsimile:    (985) 898-0483
Email: Tim@rlgroup-law.com
Attorney for Petitioner
**Physical Address:**
422 E. Lockwood, Second Floor
Covington, Louisiana 70447

**PLEASE SERVE:**

1. Sentry Select Insurance Company
   Through its agent for service of process,
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, Louisiana 70809

EXHIBIT A

2. DeBoer Transportation, Inc.     **(Via Louisiana Long Arm Service)**
   Through its registered agent for service of process,
   CT Corporation System
   301 South Bedford Street, Suite 1
   Madison, Wisconsin  53703

3. Steve Lucio     **(Via Louisiana Long Arm Service)**
   4742 Misty Run
   San Antonio, Texas  78217

**EXHIBIT A**